

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2021

No. 04-20-00062-CV

**IN THE INTEREST OF K.M., B.M. AND A.B.M., MINOR CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-09419
Honorable Aaron Haas, Judge Presiding

# O R D E R

In light of the death of Carrie Avila, we abated this appeal and ordered the trial court to appoint an attorney ad litem to represent the children's interests in this appeal. On June 15, 2021, the trial court appointed Carmen Rojo to represent the children's interests in this appeal. Therefore, we reinstate this appeal. At the time we abated this appeal, appellees' brief was due. We reinstate appellate deadlines and set a deadline of **July 26, 2021** for appellees to file their respective briefs.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2021.

MICHAEL A. CRUZ, Clerk of Court

